AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JULIAN GARCON,

    Petitioner,

              v.

LINDA GETER,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:21-cv-39

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered February 10, 2022, the Magistrate Judge's Report and Recommendation is hereby adopted as the opinion of the Court. Therefore, Respondent's Motion to Dismiss is granted, Petitioner's 28 U.S.C. § 2241 petition is denied, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 10, 2022

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020